UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKERA MANNING, et al.,

    Plaintiffs,

v.

GREEN, et al.,

    Defendants.
_____/

Case No. 2:16-cv-12688

HONORABLE STEPHEN J. MURPHY, III

**ORDER TO SHOW CAUSE WHY THE CASE SHOULD
NOT BE DISMISSED FOR FAILURE TO PROVIDE CONTACT INFORMATION**

On July 20, 2016, Plaintiffs Mikera Manning, Kierra Stafford, Carmen Moore, Jamalcolm Ewing, and Isiah Williams filed a complaint against the City of Detroit, Detroit Police Chief James Craig, Detroit Police Officer Green, Detroit Police Officer Lord and numerous other unnamed officers. Compl., ECF No. 1. Each Plaintiff filed for leave to proceed in forma pauperis. *See* ECF Nos. 2–6. None of the Plaintiffs provided an address, except Isiah Williams. *See id.* The Court has mailed two pieces of correspondence to Williams: a "Notice Regarding Parties' Responsibility to Notify Court of Address Changes," ECF No. 8, and an order granting Williams' request to proceed in forma pauperis. ECF No. 10. Both were returned as undeliverable. ECF Nos. 9, 11.

Local Rule 11.2 authorizes the Court to dismiss a case based upon a party's failure to keep the Court apprised of address changes and updated contact information. Additionally, Plaintiffs' failure to provide an address subjects the action to dismissal under Federal Rule of Civil Procedure 41(b), which authorizes a federal court to dismiss a case if "the plaintiff fails to prosecute or to comply with these rules or a court order."

**WHEREFORE**, it is hereby **ORDERED** that Plaintiffs must **SHOW CAUSE** within **7**

**days** why the complaint should not be dismissed for failure to provide an updated address and failure to prosecute. If the Plaintiffs fail to provide updated addresses, the Court will dismiss the complaint without further notice.

    **SO ORDERED**.

                              s/Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
                              United States District Judge

Dated: November 28, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 28, 2016, by electronic and/or ordinary mail.

                              s/David P. Parker
                              Acting Case Manager